## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION AT JACKSON

**CHRISTINE PHILLIPS**                                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO. 3:19-cv-00704-DPJ-FKB**

**KROGER LIMITED PARTNERSHIP I,**
**BRIXMOR HOLDINGS 11 SPE, LLC**
**c/o BRIXMOR PROPERTY GROUP, INC.**
**AND JOHN DOES 2-5**                                                          **DEFENDANTS**

### AGREED MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Defendant, Kroger Limited Partnership I, and joined herein by their current attorneys, Monte L. Barton Jr. and Claire K. Robinett of the law firm HAGWOOD AND TIPTON, PC, and hereby request entry of an order allowing James Rebarchak and Andrew S. Harris of Jones Walker LLP located at 190 E. Capitol St., Suite 800, Jackson, Mississippi, to be substituted as counsel of record for the Defendant, Kroger Limited Partnership I, in place of Monte L. Barton Jr. and Claire K. Robinett, and further requests that Monte L. Barton Jr. and Claire K. Robinett and the law firm HAGWOOD AND TIPTON, PC be allowed to withdraw as counsel for Defendant, Kroger Limited Partnership I.  Attorneys James Rebarchak and Andrew S. Harris of Jones Walker LLP hereby join in this motion.

RESPECTFULLY SUBMITTED, this the 13th day of October, 2020.

                                        KROGER LIMITED PARTNERSHIP I
                                        *Defendant*

                         BY:    */s/Monte L. Barton Jr.*
                                        MONTE L. BARTON JR.
                                        CLAIRE K. ROBINETT

OF COUNSEL:

MONTE L. BARTON JR. (MSB #2095)
Claire K. Robinett (MSB #104984)
**HAGWOOD AND TIPTON, PC**
213 Draperton Drive | Suite A
Ridgeland, MS 39157
Direct: 601-326-2326
Main: 601-608-6300
Fax: 601-362-3642
Email: monte@bartonpllc.com
Email: mbarton@hatlawfirm.com
Email: crobinett@hatlawfirm.com
ATTORNEY FOR KROGER LIMITED PARTNERSHIP I


 */s/James Rebarchak (MSB #101655)*
James Rebarchak (MSB #101655)
JONES WALKER LLP
11 N. Water St., Suite 1200
Mobile, Alabama 36602
Tel: (251) 439-7544; Fax: (251) 439-7374
Email: jrebarchak@joneswalker.com

Andrew S. Harris (MSB #104289)
JONES WALKER LLP
190 E. Capitol Street, Suite 800 (39201)
Post Office Box 427
Tel: (601) 949-4900; Fax: (601) 949-4804
Email: aharris@joneswalker.com
COUNSEL FOR DEFENDANT
KROGER LIMITED PARTNERSHIP I

## CERTIFICATE OF SERVICE

I, the undersigned, attorney of record for the Defendant, KROGER LIMITED PARTNERSHIP I, do hereby certify that I have this day served copies of the foregoing Notice via the ECF filing system, which sent notice to the following counsel of record:

Toney A. Baldwin (MSB #102161)
TONEY BALDWIN & ASSOCIATES, PLLC
4680 McWillie Drive
Jackson, MS 39206
Telephone: (601) 981-7162
Facsimile: (601) 981-7163
Email: baldwinlawfirm@yahoo.com
Email: tbaldwin1914@yahoo.com
COUNSEL FOR PLAINTIFF

James Rebarchak (MSB #101655)
JONES WALKER LLP
11 N. Water St., Suite 1200
Mobile, Alabama 36602
Tel: (251) 439-7544; Fax: (251) 439-7374
Email: jrebarchak@joneswalker.com

Andrew S. Harris (MSB #104289)
JONES WALKER LLP
190 E. Capitol Street, Suite 800 (39201)
Post Office Box 427
Tel: (601) 949-4900; Fax: (601) 949-4804
Email: aharris@joneswalker.com
COUNSEL FOR DEFENDANT
KROGER LIMITED PARTNERSHIP I


THIS, the 13th day of October, 2020.

*/s/ Monte L. Barton Jr.*
MONTE L. BARTON JR.